**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JULIE BEBERMAN,<br>Plaintiff<br>v.<br>REX TILLERSON,<br>Defendant | Civil Action No. 16-2361 (CKK) |

**ORDER**
(March 16, 2017)

On March 15, 2017, Defendant Secretary of State Rex Tillerson filed a [22] Motion to Dismiss or in the Alternative for Summary Judgment in the above-captioned case. Plaintiff is representing herself, *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice … should include an explanation that the failure to respond … may result in the district court granting the motion and dismissing the case." *Id*. at 509. Subsequently, in *Neal v. Kelly*, 963 F.2d 453 (D.C. Cir. 1992), the Court of Appeals stated that the district court must inform *pro se* litigants that, on a motion for summary judgment, "any factual assertions in the movant's affidavits will be accepted by the district judge as being true unless [the opposing party] submits his own affidavits or other documentary evidence contradicting the assertion." *Id.* at 457 (quoting *Lewis v. Faulkner*, 689 F.2d 100, 102 (7th Cir. 1982)).

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7, a party, such as Plaintiff, who is adverse to a motion for summary judgment must rebut the moving party's affidavits with other affidavits or sworn statements; simple allegations

that the moving party's affidavits are incorrect are not sufficient. *See* Fed. R. Civ. P. 56(c), (e); LCvR 7(b), (h). For these purposes, a verified complaint shall serve as an affidavit.

In accordance with these authorities, this Court advises the Plaintiff that she must respond to Defendant's Motion by no later than **April 14, 2017**. If Plaintiff does not file a response, the Court will treat the motion as conceded and dismiss this case.

The Clerk of the Court shall mail a copy of this Order to Plaintiff's address of record.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge