**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JULIE BEBERMAN,<br>Plaintiff<br>v.<br>REX TILLERSON,<br>Defendant | Civil Action No. 16-2361 (CKK) |

**ORDER**
(March 31, 2017)

On March 28, 2017, Plaintiff filed her [25] First Amended Complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Given that there is now a new operative complaint in this case, Defendant's [22] Motion to Dismiss or, in the Alternative, for Summary Judgment is **MOOT** and **DENIED WITHOUT PREJUDICE**. Accordingly, also **MOOT** and **DENIED WITHOUT PREJUDICE** is Plaintiff's [24] 56(d) Motion to Conduct Discovery. Defendant is **ORDERED** to respond to Plaintiff's First Amended Complaint by no later than **April 14, 2017**. The Court also notes that when filing any future nondispositive motions, Plaintiff must comply with Local Civil Rule 7(m), which states that:

> Before filing any nondispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel in a good-faith effort to determine whether there is any opposition to the relief sought and, if there is, to narrow the areas of disagreement. The duty to confer also applies to non-incarcerated parties appearing *pro se*. A party shall include in its motion a statement that the required discussion occurred, and a statement as to whether the motion is opposed.

The Clerk of the Court shall mail a copy of this Order to Plaintiff's address of record.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge