**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JULIE BEBERMAN,
Plaintiff

v.

REX TILLERSON
Defendant

Civil Action No. 16-2361 (CKK)

**ORDER**
(April 13, 2017)

The Court is in receipt of Defendant's [27] Unopposed Motion for Enlargement of Time. Defendant requests an enlargement of time up to and including April 28, 2017, within which to respond to the Amended Complaint. As an initial matter, Defendant's motion is untimely. According to the Order Establishing Procedures in this case, "[m]otions for extensions of time must be filed at least four (4) business days prior to the first affected deadline." ECF No. 4 at 3. Defense counsel represents that he was unable to comply with this order because, due to travel and other commitments, he was only today able to determine that this relief would be required. The court expects any future requests for extensions to be filed on time. Defendant's motion is GRANTED. Defendant shall respond to the Amended Complaint by no later than **April 28, 2017**.

The Clerk of the Court shall mail a copy of this Order to Plaintiff at her address of record.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge